

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 10, 2025.**

_Craig A. Gargotta_
_____
**CRAIG A. GARGOTTA**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 24 -50915-cag** |
| | § | |
| **CLINTON JAMES LARVENZ,** | § | |
| | § | **CHAPTER 7** |
| **DEBTOR.** | § | |

---

| | | |
|---|---|---|
| **CLINTON JAMES LARVENZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **ADVERSARY NO. 24-05021-cag** |
| | § | |
| | § | |
| **U.S. DEPARTMENT OF EDUCATION,** | § | |
| | § | |
| **Defendant.** | § | |

### JUDGMENT ON PLAINTIFF'S COMPLAINT TO DETERMINE
### <u>DISCHARGEABILITY OF STUDENT LOAN</u>

Came on to be heard  Plaintiff's complaint against the United States Department of

Education to determine the dischargeability of Plaintiff's student loan and after noting that

Plaintiff did not appear and after reviewing the pleadings and applying  the Gerhardt factors in

this case, the Court finds that Plaintiff has failed to meet the second and third factors and therefore, as  the Plaintiff has not proven his educational loans are dischargeable, it is hereby Ordered and Decreed that

1.  Judgement is entered in favor of Defendant, United States Department of Education against Plaintiff, Clinton Larvenz;

2. The student loans owed by Plaintiff to the US Department of Education are excepted from discharge pursuant to 11 USC &523(a)(8); and,

3.  The case is dismissed with prejudice with each party bearing their own attorney's fees and costs in this matter.

#####